UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Clair Oliver,<br>                    Plaintiff,<br>v.<br><br>United States of America,<br>                    Defendant. | CIVIL ACTION NO.: 4:26-cv-<br><br>**COMPLAINT** |

Plaintiff, by and through the undersigned counsel, complaining of the above-named Defendant, alleges unto this Honorable Court as follows:

### JURISDICTION AND VENUE

1. Plaintiff is a citizen and resident of the County of Florence, State of South Carolina.

2. Defendant United States of America is the proper Defendant under the Federal Tort Claims Act, 28 U.S.C. § 1346.

3. This Court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1346.

4. Venue is proper because the most substantial part of the alleged acts or omissions giving rise to the cause of action occurred in Florence County, South Carolina.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Plaintiff timely presented an administrative tort claim to the appropriate federal agency, Department of Health & Human Services, pursuant to 28 U.S.C. § 2675(a).

6. Plaintiff's administrative claim was received by Defendant on August 25, 2025, and was acknowledged on September 3, 2025.

7. Plaintiff's claim seeks a sum certain for personal injuries caused by medical negligence.

8. The agency failed to make a final disposition within six months, thereby exhausting

2

all administrative remedies as required by law.

## FACTS

9. At all relevant times, a provider-patient relationship existed between Plaintiff and Hope Health Irby, a medical facility operated by or on behalf of Defendant.

10. The healthcare providers that treated Plaintiff were employees of the Defendant and were acting within the course and scope of their federal employment.

11. On or about August 7, 2019, Plaintiff presented to Hope Health Irby with a primary complaint of right groin pain. Plaintiff continued to regularly treat at Hope Health Irby under the care of Sonja Scott, NP, for symptoms of right groin pain, abdominal pain, and diarrhea.

12. Despite presenting with signs and symptoms consistent with possible cancer, Plaintiff was not referred to a specialist until March 6, 2023.

13. On March 26, 2023, Pathology results revealed metastatic squamous cell carcinoma with an unknown primary site. Chemotherapy was then started and completed in June 2023.

14. Then, in September 2023, Plaintiff became concerned that the cancer may have spread to other parts of her body.

15. November 2023, Plaintiff developed incontinence, increasing abdominal pain, and other symptomatology. It was at this point in time that Plaintiff recognized that she may have sustained permanent injuries and that the same was caused by substandard care by Defendant.

16. Plaintiff is the full-time caregiver for a disabled child which is substantially time consuming and became exceedingly difficult as a result of her treatments and subsequent injuries.

## FIRST CAUSE OF ACTION
**(Negligence)**

17. Plaintiff incorporates by reference the allegations of the Paragraphs above as if fully

repeated herein.

18. At all times pertinent hereto, a provider-patient relationship existed between Plaintiff and Defendant.

19. Plaintiff was not aware of this cause of action, nor should she have reasonably been aware of this cause of action until she sustained permanent injuries in November 2023.

20. Defendant, its agents and/or employees owed Plaintiff a duty to provide reasonable, appropriate, and adequate care to Plaintiff pursuant to state and federal laws, rules, regulations, guidelines, and existing industry standards.

21. Defendant, its agents and/or employees departed from the prevailing and acceptable professional standard of care and treatment to Plaintiff and violated one or more existing state and laws, rules, regulations, and guidelines, and were thereby negligent, careless, grossly negligent, reckless and in violation of duties owed to Plaintiff and are liable for one or more of the following acts of omission or commission, any or all of which are departures from the prevailing and acceptable professional standards of care:

   a. In failing to provide adequate and appropriate care to Plaintiff;
   b. In failing to properly and timely diagnose Plaintiff;
   c. In failing to timely refer Plaintiff to an appropriate specialist;
   d. In failing to appropriately monitor Plaintiff following abnormal imaging results;
   e. In failing to order follow up imaging;
   f. In failing to supervise mid-level practitioners;
   g. In failing to communicate abnormal findings to Plaintiff;

    h. In failing to have appropriate policies, procedures, and/or practices in place to ensure timely and proper workup following abnormal imaging results;

    i. In failing to create, implement, and/or educate employees and/or agents on appropriate policies, procedures, and protocols for patient care; and

    j. Any such other particulars as the evidence may show.

22. As a direct and proximate result of Defendant's negligent, grossly negligent, wanton, reckless and careless departures from the standard of care, Plaintiff suffered severe personal injuries and has incurred and will continue to incur medical treatment and expenses, loss of income, pain and suffering, emotional anguish, and loss of enjoyment of life.

23. As a direct and proximate result of the acts and omissions of Defendant, Plaintiff is entitled to an award of damages in an amount to be determined by the trier of fact.

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant for actual and consequential damages in an amount to be determined by the trier of fact, for the costs and disbursements of this action, and for such other and further relief as this Court deems just and proper.

                                              **THE ARNDT LAW FIRM**

                                              */s/Jonathan S. Arndt*
                                              Jonathan S. Arndt, Fed. Bar No. 12889
                                              1125 Mathis Ferry Road
                                              Mount Pleasant, SC 29464
                                              Telephone: (843) 469-8777
                                              Jonathan@thearndtlawfirm.com

                                              ***Attorneys for the Plaintiff***

February 25, 2026
Mount Pleasant, South Carolina

5